IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN PRYSOCK )
) No. 3-11-0722
v. )
)
WERTHAN PACKAGING, INC. )

O R D E R

The orders entered October 20, 2011 (Docket Entry Nos. 9-10), provided a May 11, 2012, deadline for filing any dispositive motion.

No dispositive motion has been filed.

Therefore, counsel for the parties shall convene a telephone conference call with the Court on **Friday, May 25, 2012, at 1:00 p.m.,** to be initiated by counsel for the defendant, to address the potential for settlement, propriety of ADR, whether the parties have completed all fact discovery and/or disclosed experts, and whether there are any matters to be addressed by the Magistrate Judge prior the October 26, 2012, pretrial conference and November 6, 2012, trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge