IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN PRYSOCK, | ) |
| | ) |
| Plaintiff, | ) No. 3:11-cv-00722 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| | ) |
| WERTHAN PACKAGING, INC., | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

## ORDER

The parties to this action have filed an Agreed Order Dismissing the Case with Prejudice in the above-captioned case. (Doc. No. 11.) As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**, with each party to bear its own costs, attorneys' fees, and expenses. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this ___22nd___ day of May, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT